ROBERT GREAVES, Respondent, v JACLYN BURLINGAME, Appellant, et al., Defendant.

Submitted April 25, 2005; decided June 14, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO LITTLEJOHN, Appellant.

Submitted June 6, 2005; decided June 14, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies to the Court of Appeals from the order of the Appellate Division denying a motion for a writ of error coram nobis (see CPLR 5601, 5602; CPL 450.90).